D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
Howard J. Russell, Esq.
Nevada Bar No. 8879
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
3773 Howard Hughes Parkway
Suite 390N
Las Vegas, Nevada 89109
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant PACCAR Inc.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABELARDO "ABEL" VALLES<br><br>Plaintiff,<br><br>v.<br><br>PACCAR INC., and DOE I THROUGH X, inclusive,<br><br>Defendants. | CIVIL ACTION NO.:<br>CV-S-05-1370-KJD-(LRL)<br><br>**STIPULATION OF DISMISSAL** |

The above-named parties hereby stipulate, pursuant to FED. R. CIV. P. 41(a), that the above-referenced matter is dismissed with prejudice, with all parties to bear their own costs and fees.

Respectfully submitted this __27__ day of June, 2006.

Counsel for Plaintiff

*/s/ Bruce D. Tingey/*

Bruce D. Tingey, Esq.
TINGEY & TINGEY LAW FIRM
723 S. Third Street
Las Vegas, Nevada 89101

Counsel for PACCAR, Inc.

*/s/ H. J. Russell/*

Howard J. Russell, Esq.
WEINBERG, WHEELER, HUDGINS
 GUNN & DIAL, LLC
3773 Howard Hughes Parkway
Suite 390N
Las Vegas, Nevada 89109

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2006

## CERTIFICATE OF MAILING

I hereby certify that on the 29th day of June, 2006, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was served by mailing a copy hereof, first class mail, postage prepaid to the following:

Bruce D. Tingey, Esq.
Tingey & Tingey Law Firm
723 S. Third Street
Las Vegas, Nevada 89101

*Cynthia S. Bowman*
An Employee of Weinberg, Wheeler,
Hudgins, Gunn & Dial, LLC

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3773 Howard Hughes Parkway, Suite 390N
Las Vegas, Nevada 89109
(702) 938-3838